IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TRUEDELL FAGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:10cv777-MHT |
| | ) | |
| PEMCO WORLD AIR SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AND OPINION**

On July 14, 2014, the magistrate judge filed a recommendation in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that:

(1)      The recommendation of the magistrate judge (Doc. # 34) is adopted .

(2)      In view of the conclusion of the proceedings in the bankruptcy court, the stay imposed by the order of March 15, 2012 (Doc. # 18), is lifted.

Done this the 28th day of August,  2014.

                                        /s/   Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE